USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/28/16

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSEPH CARVAJAL,

                Movant,

-against-

UNITED STATES OF AMERICA,

                Respondent.

15-CV-9656 (AKH)

04-CR-222 (AKH)

ORDER

Alvin K. Hellerstein, United States District Judge:

      Movant, currently incarcerated at FCI Williamsburg in Salters, South Carolina, brings this *pro se* Motion under 28 U.S.C. § 2255 challenging the legality of his sentence entered in *United States v. Carvajal*, No. 04-CR-222 (AKH) (S.D.N.Y. Mar. 4, 2005).

      Movant currently has an identical Motion under Section 2255 that is pending before this Court. *See Carvajal v. United States of America*, No. 15-CV-9566 (AKH). It appears that the Motion was inadvertently opened as two new civil actions under docket numbers 15-CV-9566 and 15-CV-9656. The Court issued an order on the same Motion, on the 15-cv-9566 docket, on January 19, 2016. The Court therefore directs the Clerk of Court to administratively close this action.

      The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

      SO ORDERED.

Dated:   January 28, 2016
          New York, New York

                                        ALVIN K. HELLERSTEIN
                                        United States District Judge